UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES | : |
| VS. | :          3:18-CR-17 (VAB) |
| ERNESTO LUIS DELGADO | :          APRIL 29, 2020 |

## SUPPLEMENT TO DEFENDANT'S MOTION
## FOR RELEASE 18 U.S.C. SECTION 3582(c)(1)(A)(i)

The undersigned, counsel for the Defendant, Ernesto Luis Delgado, based upon the status conference call today respectfully submits the following:

`1.)  BOP records from 2019 a total of 72 pages

2.)  BOP records from 2020 a total of 16 pages.

3.)  Wyatt Detention records a total of 12 pages.

See the attached.

Respectfully submitted,

s/ William T. Koch, Jr.
William T. Koch, Jr., Fed. Bar #ct04781
44 Lyme Street Old Lyme, CT 06371
Phone: 860-434-3060/ fax: 860-434-9483
wmtkochjr@aol.com

CERTIFICATION OF SERVICE

I hereby certify that a copy this supplement was sent to the following on April 29,

2020:

NOTICE OF SERVICE

I hereby certify that on April 29, 2020, a copy of the foregoing supplement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent via-e-mail to all parties by operation of the Court's e-filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's ECF System.


/s/ William T. Koch, Jr.
William T. Koch Jr., Esq. Fed Bar ct#04781
44 Lyme Street Old Lyme, CT 06371
wmtkochjr@aol.com
phone: 860-434-3060/ fax: 860-434-9483