UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| VS. | : | 3:18-CR-17 (VAB) |
| ERNESTO LUIS DELGADO | : | JUNE 5, 2020 |

## DEFENDANT'S MOTION FOR CLARIFICATION

The undersigned, counsel for the Defendant, Ernesto Luis Delgado, respectfully requests Your Honor to clarify the Order dated May 18, 2020.

The Order dated May 18, 2020 requires that Mr. Delgado serve the entire 5 years of supervised release on home incarceration. The Order further says in pertinent part that "Mr. Delgado shall not be permitted to leave his home except for medical appointments or for any required legal appearances … " "All other conditions of supervised release from his April 25, 2019 judgment shall remain in effect."

Condition #7 of Mr. Delgado's supervised release says that Mr. Delgado "must work full-time (at least 30 hours per week) at a lawful type employment…" "If you do not have full-time employment you must try to find full-time employment…"

Based upon Your Honor's recommendation at sentencing, Mr. Delgado was able to become accepted into the BOP's HVAC program at Danbury FCI. He was in the HVAC program when he was released.

Since his release Mr. Delgado has remained at home at all times. In order to help out financially, he has been cooking at home, part time, made to order meals that people order in advance, pick-up and pay for. However, Mr. Delgado would like to look for full time employment outside of the home. Mr. Delgado was employed at the time of his arrest, and

would like to start working again.

In addition to working during the day, he would also like to enroll in the Porter and Chester Institute's 18 month, night, HVACR program. See Exhibit "A" attached. Mr. Delgado has been in contact with the Porter and Chester Institute and has arranged for financing and student loans to pay for the program. See Exhibit "B" attached.

Based on the above, Mr. Delgado seeks clarification as to whether he is authorized to work full time outside of the home, while he is otherwise on home incarceration? He also seeks clarification as to whether he may continue with his HVAC training, now HVACR schooling, while otherwise on home incarceration?

Respectfully submitted,

/s/ William T. Koch, Jr.
William T. Koch, Jr., Fed. Bar #ct04781
44 Lyme Street Old Lyme, CT 06371
Phone: 860-434-3060/ fax: 860-434-9483
wmtkochjr@aol.com

CERTIFICATION OF SERVICE

I hereby certify that a copy this motion was sent to the following on June 5, 2020:

NOTICE OF SERVICE

I hereby certify that on June 5, 2020, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via-e-mail to all parties by operation of the Court's e-filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's ECF System.

/s/ William T. Koch, Jr.
William T. Koch Jr., Esq. Fed Bar ct#04781
44 Lyme Street Old Lyme, CT 06371
wmtkochjr@aol.com
phone: 860-434-3060/ fax: 860-434-9483